JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Quy Truong, | ) | SACV 20-00061JVS(KESx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| Southern Fortune, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 3/10/20

James V. Selna
United States District Judge